UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:  15-37856
Kimberly D Jefferson  )
 )
 )  Chapter: 13
 )
 )  Honorable Timothy Barnes
 )
 )
Debtor(s)  )

## Order Denying Discharge

This matter coming before the Court on Trustee's Motion, due notice having been given, IT IS HEREBY ORDERED: Debtor shall not be granted a discharge in this case.

Enter:

*[signature]*

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: December 03, 2015

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee
Marilyn O. Marshall
Suite 800
224 South Michigan Avenue
Chicago, IL 60604-2500
(312) 431-1300