Form dschntc

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 15−37856
Chapter: 13
Judge: Timothy A. Barnes

In Re:
 Kimberly D Jefferson
 aka Kimberly D Crawl
 4730 S. Indiana Ave.
 Unit 2
 Chicago, IL 60615

Social Security / Individual Taxpayer ID No.:
 xxx−xx−2521

Employer Tax ID / Other nos.:

---

**Notice of Denied, Vacated, Waived, or Revoked Discharge**

On December 03, 2015 , the Court signed an order:

- ○ Vacating the Discharge
- ⊙ Denying the Discharge
- ○ Revoking the Discharge
- ○ Approving the Waiver of the Discharge

FOR THE COURT

Dated: December 3, 2015                    Jeffrey P. Allsteadt , Clerk
                                           United States Bankruptcy Court